```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

RENWICK L. FOSTER,

                      Plaintiff,

v.                             Case No. 3:05-cv-323-J-16TEM

SIR RENWICK L. FOSTER,

                      Defendant.
_____

### **ORDER**

    1.   This appeal is not taken in good faith under Rule 24(a) of the Federal Rules of Appellate Procedure because this case was dismissed pursuant to 28 U.S.C. § 1915(g) (prohibiting a prisoner from bringing a civil action or appeal if the prisoner has, on three or more prior occasions, brought an action or appeal in a court of the United States that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted). Pursuant to 28 U.S.C. § 1915(g), Plaintiff must pay the $255.00 appellate filing and docketing fees "immediately and in full rather than on an installment plan." Medberry v. Butler, 185 F.3d 1189, 1193 n.2 (11th Cir. 1999). Accordingly, the **Clerk** shall **terminate** any motion to proceed on appeal as a pauper that the Plaintiff may file in this Court in connection with this appeal.

2.   Plaintiff's May 18, 2005, Motion for Rule 59(e) Rule to Alter the Judgement or Reconsider Writ of Mandamus Venue (Doc. #15) is **DENIED**.

3.   The following motions, filed on May 18, 2005, are **STRICKEN** because this case was dismissed on April 20, 2005: (1) Petition for Writ of Mandamus Court Order (Doc. #16); (2) Petition for Writ of Mandamus (Doc. #17); (3) Petition for Writ of Mandamus (Doc. #18); (4) Motion for Demand Right to Speedy Trial (Doc. #19); (5) Motion for Discovery (Doc. #20); (6) Motion for Pretrial Conference (Doc. #21); (7) Petition for Writ of Mandamus Court Order (Doc. #22); and, (8) Petition for a Writ of Habeas Corpus Ad Testificandum (Doc. #24).

**DONE AND ORDERED** at Jacksonville, Florida, this _23rd_ day of May, 2005.

_____
JOHN H. MOORE II
United States District Judge

ps 5/19

c:

Renwick L. Foster