UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RENWICK L. FOSTER,

           Plaintiff,

v.                              Case No. 3:05-cv-323-J-16TEM

SIR RENWICK L. FOSTER,

           Defendant.

## ORDER

This Court takes judicial notice of the multitude of frivolous and repetitive post-judgment motions that Plaintiff has filed in this case, in which he has needlessly utilized a substantial amount of the valuable and limited resources of the Clerk's Office and this Court.[1]  It is this Court's duty to ensure that litigants proceed responsibly and do not abuse the judicial process.  In this case, this Court will not enter repetitive rulings.  Such a utilization of time is not in the interests of justice.  This Court is unwilling to utilize precious judicial resources and time to rule on motions that have been filed merely to harass the clerical staff and this Court.  The Court's energies and the Clerk's efforts

---

[1] This case was dismissed on April 20, 2005.  Since that time, Plaintiff has filed five petitions for writ of mandamus, two motions to alter or amend the judgement, five other motions and two other documents. He also appealed the order dismissing this case.

must be directed toward the expeditious resolution of meritorious cases that deserve the time of the Court and the Clerk's Office.

Therefore, this Court will not entertain any additional post-judgment motions in this case.  Any appeals that may be filed in this case would not be considered to be taken in good faith.  No motions to proceed <u>in forma pauperis</u> on appeal will be entertained because this Court has previously determined in this case that Plaintiff is not entitled to proceed as a pauper.  Thus, the **Clerk of Court is hereby directed to terminate** all post-judgment motions presently pending and filed in the future in this case.  **The Clerk's termination of all post-judgment motions presently pending and filed in the future will serve as a denial of such requests filed by Plaintiff in this case.**

**DONE AND ORDERED** at Jacksonville, Florida, this <u>30th</u> day of <u>June</u>, 2005.

_____
JOHN H. MOORE II
United States District Judge

ps 6/29
c:
Renwick L. Foster

- 2 -